

Substance Abuse Certificate of Completion

is hereby granted to:

*David Sexton*

February 4th, 2020- February 29th, 2020
Granted: February 29th, 2020

Facilitator
Counselor Clark

Lieutenant Mullins

EXHIBIT B